

- Query
- Reports
- Utilities

APPEAL

- Logout

# U.S. Bankruptcy Court
## Eastern District of New York (Brooklyn)
## Adversary Proceeding #: 1-13-01442-ess

*Assigned to:* Elizabeth S. Stong          *Date Filed:* 08/20/13
*Lead BK Case:* 13-42974
*Lead BK Title:* Julian Salim
*Lead BK Chapter:* 7
Show Associated Cases

*Demand:*

*Nature[s] of Suit:*  67 Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny
68 Dischargeability - 523(a)(6), willful and malicious injury

*Plaintiff*
-----------------------
**VW Credit, Inc.**                    represented by **Jonathan D Deily**
Deily & Glastetter
8 Thurlow Terrace
Albany, NY 12203
(518) 436-0344
Fax : (518) 436-8273
Email: jdeily@deilylawfirm.com

**Jason A Little**
Deily & Glastetter LLP
8 Thurlow Terrace
Albany, NY 12203
518-436-0344

1

Fax : 518-436-8273
Email: jlittle@deilylawfirm.com

**Jonathan R Miller**
The Law Office of Jonathan R Miller
1310 River Road
Titusville, NJ 08560
6099551226
Email: jonathan.miller@lawyer.com

V.

*Defendant*
-----------------------
**Julian Salim**                                  represented by **George Bassias**
7242 Manse Street                                 George Bassias Attorney LLC
Forest Hills, NY 11375                            21-83 Steinway
SSN / ITIN: xxx-xx-9600                           Astoria, NY 11105
                                                  (718) 721-4441
                                                  Fax : (718) 721-7981
                                                  Email: gbassias@yahoo.com

                                                  **Phillip Jaffe**
                                                  370 East 76th Street
                                                  Suite C-1002
                                                  New York, NY 10021
                                                  212-734-3535
                                                  Fax : 212-717-2584
                                                  Email: pjaffe47@gmail.com

*Counter-Claimant*
-----------------------
**Julian Salim**                                  represented by **George Bassias**
7242 Manse Street                                 (See above for address)
Forest Hills, NY 11375

V.

*Counter-Defendant*
-----------------------
**VW Credit, Inc.**                               represented by **Jonathan R Miller**
                                                  (See above for address)

2

*Counter-Claimant*
-----------------------
**Julian Salim**                              represented by **George Bassias**
7242 Manse Street                                           (See above for address)
Forest Hills, NY 11375


V.


*Counter-Defendant*
-----------------------
**VW Credit, Inc.**                           represented by **Jonathan D Deily**
                                                            (See above for address)

                                              **Jonathan R Miller**
                                              (See above for address)

| Filing Date | # | Docket Text |
|---|---|---|
| 08/20/2013 | 1 (47 pgs; 3 docs) | Adversary case 1-13-01442. Complaint by VW Credit, Inc. against Julian Salim. Fee Amount $293. Nature(s) of Suit: (67 (Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny)), (68 (Dischargeability - 523(a)(6), willful and malicious injury)). (Attachments: # 1 Adversary Cover Sheet # 2 Exhibit) (Little, Jason) (Entered: 08/20/2013) |
| 08/20/2013 |  | Receipt of Complaint(1-13-01442-ess) [cmp,cmp] ( 293.00) Filing Fee. Receipt number 11592128. Fee amount 293.00. (re: Doc# 1) (U.S. Treasury) (Entered: 08/20/2013) |
| 08/21/2013 | 2 (1 pg) | Summons and Notice of Pre-Trial Conference issued by Clerk's Office against Julian Salim Answer Due: 9/20/2013. Pre-Trial Conference set for 10/15/2013 at 09:30 AM at Courtroom 3585 ( Judge Stong), Brooklyn, NY. (aac) (Entered: 08/21/2013) |
| 08/22/2013 | 3 (1 pg) | Affidavit/Certificate of Service Filed by Jason A Little on behalf of VW Credit, Inc. (RE: related document(s)1 Complaint filed by Plaintiff VW Credit, Inc., 2 Summons and Notice of Pre-Trial Conference (Auto)) (Little, Jason) (Entered: 08/22/2013) |

| | | |
|---|---|---|
| 08/23/2013 | 4<br>(1 pg) | Summons Served on Julian Salim 8/22/2013 and these additional parties: George Bassias, Esq. . (Little, Jason) (Entered: 08/23/2013) |
| 09/04/2013 | 5<br>(2 pgs) | Statement of Corporate Interestes Filed by Jason A Little on behalf of VW Credit, Inc.. (Little, Jason) Modified on 9/5/2013 (ads). (Entered: 09/04/2013) |
| 09/05/2013 | 6<br>(7 pgs) | Answer to Complaint , Counterclaim by Julian Salim against VW Credit, Inc. Filed by George Bassias on behalf of Julian Salim (Bassias, George) (Entered: 09/05/2013) |
| 09/11/2013 | 7<br>(4 pgs) | Amended Answer to Complaint , Counterclaim by Julian Salim against VW Credit, Inc. Filed by George Bassias on behalf of Julian Salim (Bassias, George) (Entered: 09/11/2013) |
| 10/02/2013 | 8<br>(5 pgs) | ENTERED INCORRECTLY - SEE REFILED BELOW - Answer to Counterclaim *(First)* Filed by Jason A Little on behalf of VW Credit, Inc. (Little, Jason) Modified on 10/2/2013 (ads). (Entered: 10/02/2013) |
| 10/02/2013 | 9<br>(5 pgs) | Reply *to First Counterclaim* Filed by Jason A Little on behalf of VW Credit, Inc. (RE: related document(s)7 Answer to Complaint filed by Counter-Claimant Julian Salim, Defendant Julian Salim, Counterclaim) (Little, Jason) (Entered: 10/02/2013) |
| 10/02/2013 | 10<br>(2 pgs) | Affidavit/Certificate of Service Filed by Jason A Little on behalf of VW Credit, Inc. (RE: related document(s)9 Reply filed by Counter-Defendant VW Credit, Inc., Plaintiff VW Credit, Inc.) (Little, Jason) (Entered: 10/02/2013) |
| 10/15/2013 | | Hearing Held and Adjourned; (related document(s): 1 Complaint filed by VW Credit, Inc.) Appearance by Plaintiff and Defendant - Serve written discovery by 11/14/2013 - Court to Issue Scheduling Order - Pre-Trial Conference set for 12/10/2013 at 09:30 AM at Courtroom 3585 ( Judge Stong), Brooklyn, NY. (sjackson) (Entered: 10/16/2013) |
| 10/17/2013 | 11<br>(2 pgs) | Second Amended Answer Filed by George Bassias on behalf of Julian Salim (Bassias, George) Modified on 10/22/2013 (ads). (Entered: 10/17/2013) |
| 10/17/2013 | 12<br>(3 pgs) | Scheduling Order; an adjourned pre-trial conference shall be held on December 10, 2013, at 9:30 a.m., before the |

|  |  |  |
|---|---|---|
|  |  | Honorable Elizabeth S. Stong, United States Bankruptcy Court for the Eastern District of New York, 271 Cadman Plaza East, Courtroom 3585, Brooklyn, New York 11201. Signed on 10/17/2013. Discovery due by 11/14/2013. (ads) (Entered: 10/17/2013) |
| 11/23/2013 | 13 (6 pgs) | Reply to First Request For Admission Filed by George Bassias on behalf of Julian Salim (Bassias, George) Modified on 11/25/2013 (cjm). (Entered: 11/23/2013) |
| 12/10/2013 | | Hearing Held and Adjourned; (related document(s): 1 Complaint filed by VW Credit, Inc., 2 Summons and Notice of Pre-Trial Conference (Auto)) Appearance by Plaintiff and Defendant - Complete discovery by 3/10/2014 - Pre-Trial Conference set for 03/11/2014 at 09:30 AM at Courtroom 3585 ( Judge Stong), Brooklyn, NY. (sjackson) (Entered: 12/11/2013) |
| 12/12/2013 | 14 (3 pgs) | Scheduling Order; the deadline for the parties to complete discovery is March 10, 2014; and it is further ORDERED, that an adjourned pre-trial conference will be held on March 11, 2014, at 9:30 a.m., before the Honorable Elizabeth S. Stong, United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Courtroom 3585, Brooklyn, New York 11201.Signed on 12/12/2013. Discovery due by 3/10/2014. (ads) (Entered: 12/13/2013) |
| 12/13/2013 | 15 (4 pgs; 2 docs) | Court's Service List (RE: related document(s)14 Scheduling Order) (ads) (Entered: 12/13/2013) |
| 12/15/2013 | 16 (4 pgs) | BNC Certificate of Mailing with Application/Notice/Order Notice Date 12/15/2013. (Admin.) (Entered: 12/16/2013) |
| 02/07/2014 | 17 (2 pgs; 2 docs) | Notice of Appearance and Request for Notice Filed by Jonathan R Miller on behalf of VW Credit, Inc. (Attachments: # 1 Certificate of Service) (Miller, Jonathan) (Entered: 02/07/2014) |
| 03/11/2014 | | Hearing Held and Adjourned; (related document(s): 1 Complaint filed by VW Credit, Inc.) Appearance by Plaintiff and Defendant - Complete discovery by 4/11/2014 - Make dispositive motions by 6/11/2014 - Court to issue scheduling order -Pre-Trial Conference set for 05/09/2014 at 09:30 AM at Courtroom 3585 ( Judge Stong), Brooklyn, NY. (sjackson) (Entered: 03/11/2014) |

| | | |
|---|---|---|
| 03/11/2014 | 18<br>(3 pgs) | Scheduling Order; a pre-trial conference will be held on May 9, 2014, at 9:30 a.m., before the Honorable Elizabeth S. Stong, in Courtroom 3585, United States Bankruptcy Court, 271-C Cadman Plaza East, Brooklyn, New York 11201. Signed on 3/11/2014. Discovery due by 4/11/2014; deadline for dispositive motions is June 11, 2014. (ads) (Entered: 03/12/2014) |
| 03/12/2014 | 19<br>(4 pgs;<br>2 docs) | Court's Service List (RE: related document(s)18 Scheduling Order) (ads) (Entered: 03/12/2014) |
| 03/14/2014 | 20<br>(4 pgs) | BNC Certificate of Mailing with Application/Notice/Order Notice Date 03/14/2014. (Admin.) (Entered: 03/15/2014) |
| 05/06/2014 | 21<br>(1 pg) | Letter *requesting approval for telephonic appearanceon Pre-Trial Conference scheduled for May 9, 2014* Filed by Jason A Little on behalf of VW Credit, Inc. (RE: related document(s)18 Scheduling Order) (Little, Jason) (Entered: 05/06/2014) |
| 05/09/2014 | | Hearing Held and Adjourned; (related document(s): 1 Complaint filed by VW Credit, Inc., 2 Summons and Notice of Pre-Trial Conference (Auto)) Appearance by Plaintiff and Defendant - Parties directed to confer on case management and settlement by 5/16/2014. Pre-Trial Conference set for 06/16/2014 at 09:30 AM at Courtroom 3585 ( Judge Stong), Brooklyn, NY. (sjackson) (Entered: 05/09/2014) |
| 05/13/2014 | 22<br>(1 pg) | Notice of Appearance and Request for Notice Filed by Phillip Jaffe on behalf of Julian Salim (Jaffe, Phillip) (Entered: 05/13/2014) |
| 06/11/2014 | 23<br>(1048 pgs;<br>21 docs) | Motion For Summary Judgment Filed by Jason A Little on behalf of VW Credit, Inc.. Hearing scheduled for 7/16/2014 at 09:30 AM at Courtroom 3585 ( Judge Stong), Brooklyn, NY. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3-Part 1 # 4 Exhibit 3- Part 2 # 5 Exhibit 4, 5 and 6 # 6 Exhibit 7 and 8 # 7 Exhibit 9 # 8 Exhibit 10, 11 and 12 # 9 Exhibit 13-17 # 10 Exhibit 18 # 11 Exhibit 19 # 12 Exhibit 20 # 13 Exhibit 21 # 14 Exhibit 22 # 15 Exhibit 23-Part 1 # 16 Exhibit 23 Part 2 # 17 Exhibit 23- Part 3a # 18 Exhibit 23 Part 3b # 19 Exhibit 24 # 20 Exhibit 24-26) (Little, Jason) (Entered: 06/11/2014) |
| 06/11/2014 | 24 | Affidavit in Support *of Motion for Summary Judgment* Filed |

| | | |
|---|---|---|
| | (64 pgs; 2 docs) | by Jason A Little on behalf of VW Credit, Inc. (RE: related document(s)23 Motion for Summary Judgment filed by Counter-Defendant VW Credit, Inc., Plaintiff VW Credit, Inc.) (Attachments: # 1 Exhibit 1-6) (Little, Jason) (Entered: 06/11/2014) |
| 06/11/2014 | 25 (19 pgs) | Memorandum of Law in Support *of Plaintiff's Motion for Summary Judgment* Filed by Jason A Little on behalf of VW Credit, Inc. (RE: related document(s)23 Motion for Summary Judgment filed by Counter-Defendant VW Credit, Inc., Plaintiff VW Credit, Inc., 24 Affidavit in Support filed by Counter-Defendant VW Credit, Inc., Plaintiff VW Credit, Inc.) (Little, Jason) (Entered: 06/11/2014) |
| 06/13/2014 | 26 (2 pgs) | Affidavit/Certificate of Service Filed by Jason A Little on behalf of VW Credit, Inc. (RE: related document(s)23 Motion for Summary Judgment filed by Counter-Defendant VW Credit, Inc., Plaintiff VW Credit, Inc., 24 Affidavit in Support filed by Counter-Defendant VW Credit, Inc., Plaintiff VW Credit, Inc., 25 Memorandum of Law in Support filed by Counter-Defendant VW Credit, Inc., Plaintiff VW Credit, Inc.) (Little, Jason) (Entered: 06/13/2014) |
| 06/13/2014 | 27 (1 pg) | Letter of Adjournment: Hearing rescheduled from June 16, 2014 at 9:30 a.m. to July 16, 2014 at 9:30 a.m. Filed by Jason A Little on behalf of VW Credit, Inc. (Little, Jason). Related document(s) 1 Complaint filed by Counter-Defendant VW Credit, Inc., Plaintiff VW Credit, Inc.. Modified on 6/16/2014 (ads). (Entered: 06/13/2014) |
| 06/16/2014 | | Adjourned Without Hearing (related document(s): 1 Complaint filed by VW Credit, Inc.) Pre-Trial Conference set for 07/16/2014 at 09:30 AM at Courtroom 3585 ( Judge Stong), Brooklyn, NY. (sjackson) (Entered: 06/18/2014) |
| 07/02/2014 | 28 (2 pgs) | Letter of Adjournment: Hearing rescheduled from to Filed by George Bassias on behalf of Julian Salim (RE: related document(s)23 Motion for Summary Judgment filed by Counter-Defendant VW Credit, Inc., Plaintiff VW Credit, Inc.) (Bassias, George) (Entered: 07/02/2014) |
| 07/03/2014 | 29 (2 pgs) | Letter *Responding to Request of Mr. Bassias' for Adjournment of deadline to respond to VW Credit's Motion for Summary Judgment* Filed by Jason A Little on behalf of VW Credit, Inc. (RE: related document(s)28 Letter of |

|  |  |  |
|---|---|---|
|  |  | Adjournment filed by Counter-Claimant Julian Salim, Defendant Julian Salim) (Little, Jason) (Entered: 07/03/2014) |
| 07/16/2014 | 30 (3 pgs) | Stipulation and Order Extending the deadline to file opposition to Plaintiffs MSJ from July 9, 2014 to August 11, 2014 and the deadline to file a reply to any opposition filed by Defendant to Plaintiffs MSJ to August 19, 2014; the return date of Plaintiffs MSJ adjourned on consent from July 16, 2014 to August 19, 2014 at 9:30 a.m.; and the Pre-Trial Conference currently scheduled for July 16, 2014 will be adjourned to August 19, 2014 at 9:30 a.m. (RE: related document(s)1 Complaint, 23 Motion for Summary Judgment). Signed on 7/16/2014 (ads) (Entered: 07/17/2014) |
| 07/16/2014 |  | Adjourned Without Hearing (related document(s): 1 Complaint filed by VW Credit, Inc., 2 Summons and Notice of Pre-Trial Conference (Auto)) Pre-Trial Conference set for 08/19/2014 at 09:30 AM at Courtroom 3585 ( Judge Stong), Brooklyn, NY. (sjackson) (Entered: 07/18/2014) |
| 07/16/2014 |  | Adjourned Without Hearing (related document(s): 23 Motion for Summary Judgment filed by VW Credit, Inc.) Hearing scheduled for 08/19/2014 at 09:30 AM at Courtroom 3585 ( Judge Stong), Brooklyn, NY. (sjackson) (Entered: 07/18/2014) |
| 07/31/2014 | 31 (26 pgs; 6 docs) | Affidavit in Opposition Filed by Phillip Jaffe, George Bassias on behalf of Julian Salim (RE: related document(s)23 Motion for Summary Judgment filed by Counter-Defendant VW Credit, Inc., Plaintiff VW Credit, Inc.) (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit) (Bassias, George) (Entered: 07/31/2014) |
| 07/31/2014 | 32 (18 pgs) | Memorandum of Law in Opposition Filed by Phillip Jaffe, George Bassias on behalf of Julian Salim (RE: related document(s)23 Motion for Summary Judgment filed by Counter-Defendant VW Credit, Inc., Plaintiff VW Credit, Inc.) (Bassias, George) (Entered: 07/31/2014) |
| 07/31/2014 | 33 (11 pgs) | Statement of Undisputed Facts *under Local Rule 7056.1* Filed by Jason A Little on behalf of VW Credit, Inc. (Little, Jason) (Entered: 07/31/2014) |
| 07/31/2014 | 34 (2 pgs) | Affidavit/Certificate of Service Filed by Jason A Little on behalf of VW Credit, Inc. (RE: related document(s)33 Statement of Undisputed Facts filed by Counter-Defendant |

| | | |
|---|---|---|
| | | VW Credit, Inc., Plaintiff VW Credit, Inc.) (Little, Jason) (Entered: 07/31/2014) |
| 07/31/2014 | 35 (1 pg) | Affidavit/Certificate of Service Filed by George Bassias on behalf of Julian Salim (Bassias, George). Related document(s) 31 Affirmation in Opposition, 32 Memorandum of Law in Opposition. Modified on 8/1/2014 (ads). (Entered: 07/31/2014) |
| 08/18/2014 | 36 (11 pgs) | Memorandum of Law in Support *of VW Credit Inc.'s Motion for Summary Judgment for an Order Determining the Entire Debt of Defendant to VW Credit Inc. to be Non-Dischargeable* Filed by Jason A Little on behalf of VW Credit, Inc. (Little, Jason). (Related document(s) 23 Motion For Summary Judgment) Modified on 8/20/2014 (ads). (Entered: 08/18/2014) |
| 08/19/2014 | | Hearing Held and Adjourned; (related document(s): 1 Complaint filed by VW Credit, Inc., 2 Summons and Notice of Pre-Trial Conference (Auto)) Appearance by Plaintiff and Defendant - Pre-Trial Conference set for 9/23/14 at 02:00 pm at Courtroom 3585 ( Judge Stong), Brooklyn, NY. (sjackson) Modified on 8/19/2014 (sej). (Entered: 08/19/2014) |
| 08/19/2014 | | Hearing Held and Adjourned; (related document(s): 23 Motion for Summary Judgment filed by VW Credit, Inc.) Appearance by Plaintiff and Defendant - Hearing scheduled for 09/23/2014 at 02:00 PM at Courtroom 3585 ( Judge Stong), Brooklyn, NY. (sjackson) (Entered: 08/19/2014) |
| 09/23/2014 | | Hearing Held and Adjourned; (related document(s): 1 Complaint filed by VW Credit, Inc.)Appearance by Plaintiff and Defendant - Pre-Trial Conference set for 10/30/2014 at 02:00 PM at Courtroom 3585 ( Judge Stong), Brooklyn, NY. (sjackson) (Entered: 10/16/2014) |
| 09/23/2014 | | Hearing Held and Adjourned as reflected in the record; (related document(s): 23 Motion for Summary Judgment filed by VW Credit, Inc.) Appearance by Plaintiff and Defendant - Hearing scheduled for 10/30/2014 at 02:00 PM at Courtroom 3585 ( Judge Stong), Brooklyn, NY. (sjackson) (Entered: 10/16/2014) |
| 10/24/2014 | 37 (44 pgs; 3 docs) | Transcript & Notice regarding the hearing held on 08/19/2014. Pursuant to the new policy adopted by the Judicial Conference, transcripts are available for inspection |

| | | |
|---|---|---|
| | | only at the Office of the Clerk or may be purchased from the court transcriber. [Please see the courts website for contact information for the Transcription Service Agency].. Notice of Intent to Request Redaction Due By 10/31/2014. Redaction Request Due By 11/14/2014. Redacted Transcript Submission Due By 11/24/2014. TRANSCRIPT ACCESS WILL BE ELECTRONICALLY RESTRICTED THROUGH 01/22/2015 AND MAY BE VIEWED AT THE OFFICE OF THE CLERK. (AAA Write It Right Transcription) (Entered: 10/24/2014) |
| 10/24/2014 | 38 (37 pgs; 3 docs) | Transcript & Notice regarding the hearing held on 09/23/14. Pursuant to the new policy adopted by the Judicial Conference, transcripts are available for inspection only at the Office of the Clerk or may be purchased from the court transcriber. [Please see the courts website for contact information for the Transcription Service Agency]. (RE: related document(s) 1 Complaint, 23 Motion for Summary Judgment). Notice of Intent to Request Redaction Due By 10/31/2014. Redaction Request Due By 11/14/2014. Redacted Transcript Submission Due By 11/24/2014. TRANSCRIPT ACCESS WILL BE ELECTRONICALLY RESTRICTED THROUGH 01/22/2015 AND MAY BE VIEWED AT THE OFFICE OF THE CLERK. (eScribers LLC) (Entered: 10/24/2014) |
| 10/29/2014 | 39 (2 pgs) | BNC Certificate of Mailing with Notice of Filing of Official Transcript (BK) Notice Date 10/29/2014. (Admin.) (Entered: 10/30/2014) |
| 10/30/2014 | | Hearing Held and Adjourned; (related document(s): 1 Complaint filed by VW Credit, Inc.) Appearance by Plaintiff and Defendant - Hearing scheduled for 01/13/2015 at 09:30 AM at Courtroom 3585 ( Judge Stong), Brooklyn, NY. (sjackson) (Entered: 11/12/2014) |
| 10/30/2014 | | Hearing Held and Adjourned; (related document(s): 23 Motion for Summary Judgment filed by VW Credit, Inc.) Appearance by Plaintiff and Defendant - Hearing scheduled for 01/13/2015 at 09:30 AM at Courtroom 3585 ( Judge Stong), Brooklyn, NY. (sjackson) (Entered: 11/12/2014) |
| 01/12/2015 | 40 (1 pg) | Letter of Adjournment - Related document(s) 1 Complaint 23 Motion For Summary Judgment - Hearing rescheduled from January 13, 2015 to February 19, 2015 at 9:30 a.m. Filed by |

| | | |
|---|---|---|
| | | Jason A Little on behalf of VW Credit, Inc. (Little, Jason) (Entered: 01/12/2015) |
| 01/13/2015 | | Adjourned Without Hearing (related document(s): 1 Complaint filed by VW Credit, Inc.) Pre-Trial Conference set for 02/19/2015 at 09:30 AM at Courtroom 3585 ( Judge Stong), Brooklyn, NY. (sjackson) (Entered: 01/13/2015) |
| 01/13/2015 | | Adjourned Without Hearing (related document(s): 23 Motion for Summary Judgment filed by VW Credit, Inc.) Hearing scheduled for 02/19/2015 at 09:30 AM at Courtroom 3585 ( Judge Stong), Brooklyn, NY. (sjackson) (Entered: 01/13/2015) |
| 02/19/2015 | | Adjourned Without Hearing (related document(s): 1 Complaint filed by VW Credit, Inc.) Pre-Trial Conference set for 03/10/2015 at 09:30 AM at Courtroom 3585 ( Judge Stong), Brooklyn, NY. (sjackson) (Entered: 02/20/2015) |
| 02/19/2015 | | Adjourned Without Hearing (related document(s): 23 Motion for Summary Judgment filed by VW Credit, Inc.) Hearing scheduled for 03/10/2015 at 09:30 AM at Courtroom 3585 ( Judge Stong), Brooklyn, NY. (sjackson) (Entered: 02/20/2015) |
| 03/09/2015 | 41 (2 pgs; 2 docs) | Notice of Hearing. Hearing rescheduled to 3/27/2015 at 10:30 AM at Courtroom 3585 ( Judge Stong), Brooklyn, NY.(RE: related document(s)1 Complaint23 Motion for Summary Judgment filed by Plaintiff VW Credit, Inc.) (sej) (Entered: 03/09/2015) |
| 03/10/2015 | | Adjourned Without Hearing (related document(s): 1 Complaint filed by VW Credit, Inc.) Pre-Trial Conference set for 03/27/2015 at 10:30 AM at Courtroom 3585 ( Judge Stong), Brooklyn, NY. (sjackson) (Entered: 03/10/2015) |
| 03/10/2015 | | Adjourned Without Hearing (related document(s): 23 Motion for Summary Judgment filed by VW Credit, Inc.) Hearing scheduled for 03/27/2015 at 10:30 AM at Courtroom 3585 ( Judge Stong), Brooklyn, NY. (sjackson) (Entered: 03/10/2015) |
| 03/11/2015 | 42 (2 pgs) | BNC Certificate of Mailing with Application/Notice/Order Notice Date 03/11/2015. (Admin.) (Entered: 03/12/2015) |
| 03/16/2015 | 43 | Memorandum Decision on the Motion of VW Credit, Inc for |

| | | |
|---|---|---|
| | (60 pgs) | Summary Judgment; the Motion for Summary Judgment of VW Credit, Inc. is granted in part and denied in part(RE: related document(s)23 Motion for Summary Judgment filed by Counter-Defendant VW Credit, Inc., Plaintiff VW Credit, Inc.). Signed on 3/16/2015. (ads) Modified on 3/17/2015 (ads). (Entered: 03/16/2015) |
| 03/16/2015 | 44 (2 pgs) | Order on Motion For Summary Judgment; VCIs motion for summary judgment is granted with respect to its claim pursuant to Bankruptcy Code Section 523(a)(6) that the Judgment Debt owed by Salim to VCI, including VCIs attorneys fees and costs and expenses to protect its collateral, is not dischargeable in this Chapter 7 bankruptcy case because it arose from a willful and malicious injury by Salim to VCI or its property; and it is further ORDERED, that VCIs motion for summary judgment is denied in all other respects. (Related Doc # 23) Signed on 3/16/2015. (ads) (Entered: 03/16/2015) |
| 03/17/2015 | 45 (1 pg) | Court's Certificate of Mailing (RE: related document(s)43 Opinion/Decision 44 Order on Motion For Summary Judgment) (sej) (Entered: 03/17/2015) |
| 03/27/2015 | | Marked Off Without Hearing (related document(s): 23 Motion for Summary Judgment filed by VW Credit, Inc., 43 Opinion/Decision signed 3/16/15 44 Order on Motion For Summary Judgment signed 3/16/15) (sjackson) (Entered: 03/27/2015) |
| 03/27/2015 | | Adjourned Without Hearing (related document(s): 1 Complaint filed by VW Credit, Inc.) Pre-Trial Conference set for 04/09/2015 at 09:30 AM at Courtroom 3585 ( Judge Stong), Brooklyn, NY. (sjackson) (Entered: 03/30/2015) |
| 03/28/2015 | 46 (1 pg) | **See Refiled Below** - Notice of Appeal to District Court Court. . Fee Amount $298 Filed by Phillip Jaffe on behalf of Julian Salim (RE: related document(s)44 Order on Motion For Summary Judgment). Appellant Designation due by 04/13/2015. (Jaffe, Phillip) Modified on 4/1/2015 (ads). (Entered: 03/28/2015) |
| 03/28/2015 | | Receipt of Notice of Appeal(1-13-01442-ess) [appeal,ntcapl] ( 298.00) Filing Fee. Receipt number 13280211. Fee amount 298.00. (re: Doc# 46) (U.S. Treasury) (Entered: 03/28/2015) |
| 04/01/2015 | 47 | Notice of Appeal to District Court Court - refiled to amend |

|  |  |  |
|---|---|---|
|  | (2 pgs; 2 docs) | documents; previously paid. Fee Amount $298 Filed by Phillip Jaffe on behalf of Julian Salim (RE: related document(s)44 Order on Motion For Summary Judgment). Appellant Designation due by 04/15/2015. (Jaffe, Phillip). Related document(s) 46 Notice of Appeal filed by Counter-Claimant Julian Salim, Defendant Julian Salim. (Entered: 04/01/2015) |
| 04/01/2015 | 48 (24 pgs) | INCORRECT EVENT USED - TO BE REDOCKETED - Statement Pursuant to FRBP 7008a Filed by Phillip Jaffe on behalf of Julian Salim (Jaffe, Phillip) Modified on 4/2/2015 (ads). (Entered: 04/01/2015) |
| 04/01/2015 |  | Receipt of Notice of Appeal(1-13-01442-ess) [appeal,ntcapl] ( 298.00) Filing Fee. Receipt number Not Issued - ERROR. Fee amount 298.00. (re: Doc# 47) (mna) (Entered: 04/01/2015) |
| 04/02/2015 | 49 (2 pgs; 2 docs) | Notice to Parties of requirements, deadlines (RE: related document(s)47 Notice of Appeal filed by Counter-Claimant Julian Salim, Defendant Julian Salim) (ads) (Entered: 04/02/2015) |
| 04/02/2015 | 50 (1 pg) | Transmittal of Notice of Appeal to District Court (RE: related document(s)44 Order on Motion For Summary Judgment, 47 Notice of Appeal filed by Counter-Claimant Julian Salim, Defendant Julian Salim, 49 Notice to Parties) (ads) (Entered: 04/02/2015) |
| 04/03/2015 | 51 (24 pgs) | Appellant Designation of Contents For Inclusion in Record On Appeal & Statement of Issues Filed by Phillip Jaffe on behalf of Julian Salim (RE: related document(s)47 Notice of Appeal filed by Counter-Claimant Julian Salim, Defendant Julian Salim). Appellee designation due by 04/17/2015. Transmission of Designation Due by 05/4/2015. (Jaffe, Phillip) (Entered: 04/03/2015) |
| 04/03/2015 | 55 (2 pgs) | Notice of Docketing Record on Appeal to District Court. Civil Action Number: 15-cv-01787-KAM District Court Judge Kiyo A. Matsumoto assigned. (RE: related document(s)47 Notice of Appeal filed by Counter-Claimant Julian Salim, Defendant Julian Salim) (ads) (Entered: 04/14/2015) |
| 04/04/2015 | 52 (2 pgs) | BNC Certificate of Mailing with Application/Notice/Order Notice Date 04/04/2015. (Admin.) (Entered: 04/05/2015) |

| 04/04/2015 | 53<br>(2 pgs) | BNC Certificate of Mailing with Application/Notice/Order Notice Date 04/04/2015. (Admin.) (Entered: 04/05/2015) |
|---|---|---|
| 04/09/2015 | | Hearing Held and Adjourned; (related document(s): 1 Complaint filed by VW Credit, Inc.) Appearance by Plaintiff and Defendant - Pre-Trial Conference set for 06/09/2015 at 03:00 PM at Courtroom 3585 ( Judge Stong), Brooklyn, NY. (sjackson) (Entered: 04/09/2015) |
| 04/14/2015 | 54<br>(5 pgs) | ATTORNEY CONFIRMED THIS WAS AN ERROR - Motion to Extend Time *Because of Disabling Injury* Filed by Phillip Jaffe on behalf of Julian Salim. (Jaffe, Phillip) Modified on 4/15/2015 (mna). (Entered: 04/14/2015) |
| 04/14/2015 | 56<br>(4 pgs) | Appellee Designation of Contents for Inclusion in Record of Appeal, Statement of Issues on Appeal, Filed by Jason A Little on behalf of VW Credit, Inc. (RE: related document(s)47 Notice of Appeal filed by Counter-Claimant Julian Salim, Defendant Julian Salim). (Little, Jason) (Entered: 04/14/2015) |
| 04/17/2015 | 57<br>(1 pg) | Affidavit/Certificate of Service *of Respondents' Counter-Designation of Record and Statement of Issues on Appeal* Filed by Jason A Little on behalf of VW Credit, Inc. (RE: related document(s)56 Appellee Designation filed by Counter-Defendant VW Credit, Inc., Plaintiff VW Credit, Inc., Statement of Issues on Appeal) (Little, Jason) (Entered: 04/17/2015) |
| 05/04/2015 | 58<br>(1414 pgs;<br>4 docs) | Transmittal of Additional Record on Appeal to District Court in reference to Civil Case Number: 15-cv-1787(RE: related document(s)1 , 2 , 3 , 5 , 6 , 7 , 9 , 10 , 11 , 12 , 14 , 18 , 23 , 24 , 25 , 26 , 30 , 32 , 33 , 34 , 35 , 36 , 43 , 44 , 45 , 46 , 47 , 48 , 49 , 50 , 51 , 56 , 57 ) (Attachments: # 1 Pages 1-471 # 2 Pages 472-947 # 3 Pages 948-1413) (nds) (Entered: 05/04/2015) |
| 05/06/2015 | 59<br>(1 pg) | Letter *Substitution of Attorney of Jonathan D. Deily, Esq. of Deily & Glastetter, LLP from Jonathan R. Miller, Esq., formerly of Deily of Glastetter, LLP* Filed by Jonathan D Deily on behalf of VW Credit, Inc. (Deily, Jonathan) (Entered: 05/06/2015) |

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 05/08/2015 09:57:59 | | | |
| **PACER Login:** | karamvirdahiya:2579555:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1-13-01442-ess Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 9 | **Cost:** | 0.90 |