UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X  Case No. 15-cv-01787-KAM
JULIAN SALIM,
        Appellant
v.
V W CREDIT, INC.,
        Appellee.
---------------------------------------------------------------X
VW CREDIT, INC.,
        Plaintiff,                  Bankruptcy Case No.
                                                                  Adv. Pro. No. 13-01442-ess
-against-

JULIAN SALIM,
        Defendant.
---------------------------------------------------------------X  Case No. 13-42974-ess
In re:
        JULIAN SALIM

        Debtor.
---------------------------------------------------------------X

## APPELLANT'S NOTICE OF WITHDRAWAL OF APPEAL

The Appellant, Julian Salim, (collectively, the "Appellant" or the "Debtor") through his counsel, Karamvir Dahiya, pursuant to Fed. R. Bankr. P. 8001, et. seq. hereby file this Notice of Withdrawal of "Notice of Appeal," (the "Appeal") **without prejudice**, which was filed on March 28, 2015, amended on April 1, 2015, regarding a non-final order[Docket No. 44, as entered in Bankruptcy Court. Adv. Pro. No. 13-01442-ess] on March 16, 2015 issued by the United States Bankruptcy Court for the District of New York.

Dated: May 22, 2015

                                                  Karamvir Dahiya for the Appellant

Notice to:

Deily & Glastetter, LLP,
8 Thurlow Terrace, Albany, NY 12203
Email: jlittle@deilylawfirm.com

So Ordered: s/KAM
Kiyo A. Matsumoto
U.S. District Judge

Date: May 26, 2015